**HOMER V. REED v. JAMES T. VOCELLE, as Director of the State Beverage Department of the State of Florida.**

32 So. (2nd) 321                                June Term, 1947
October 24, 1947                                Division A
Rehearing denied November 19, 1947.

*John E. Mathews* and *Wm. T. Harvey,* for appellant.

*William Joe Sears* and *Eli H. Fink,* for appellee.

PER CURIAM:

The order appealed from is affirmed. See State ex rel. Hoffman v. Vocelle, Director of State Beverage Department, 159 Fla. 88, 31 So. (2nd) 52.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.